# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LOS SANTOS REYNAGA, et al., | Case No. 1:24-cv-01334-SAB |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE TO MAY 13, 2025 |
| v. | (ECF No. 11) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On March 19, 2025, Defendant filed an unopposed request to continue the April 24, 2025 scheduling conference due to counsel for Defendant's unavailability. (ECF No. 11.) Accordingly, good cause appearing, the Court hereby ORDERS that the initial scheduling conference is CONTINUED to May 13, 2025, at 11:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due **one week** before the new conference date.

IT IS SO ORDERED.

Dated:   **March 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1