# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LOS SANTOS REYNAGA, et al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | Case No. 1:24-cv-01334-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 19) |

Before the Court is the parties' timely stipulation to modify the Court's scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

    1.    Non-Expert Discovery Deadline:    January 9, 2026

    2.    Expert Disclosure Deadline:    February 9, 2026

    3.    Supplemental Expert Disclosure Deadline:    March 13, 2026

    4.    Expert Discovery Deadline:    April 27, 2026

IT IS SO ORDERED.

Dated:  **November 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge