# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LOS SANTOS REYNAGA, et al., | Case No. 1:24-cv-01334-SAB |
| Plaintiffs, | ORDER REGARDING STIPULATION TO VACATE PRETRIAL CONFERENCE AND TRIAL |
| v. | |
| UNITED STATES OF AMERICA, | ORDER SETTING SETTLEMENT CONFERENCE |
| Defendant. | (ECF No. 21) |

Before the Court is the parties' stipulation to vacate the pretrial conference and trial dates and to set a settlement conference on August 4, 2026. (ECF No. 21.) Pursuant to the stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. The pretrial conference and trial dates currently set for May 29, 2026, and July 28, 2026, respectively, are VACATED;

2. A settlement conference is set for August 4, 2026, at 10:00 a.m. in Courtroom 9, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, before United States Magistrate Judge Jeremy Peterson, who will issue a subsequent order setting forth his requirements prior to the scheduled settlement conference; and

/ / /

/ / /

/ / /

1

3.    Should the case not resolve at the August 4, 2026 settlement conference, the parties are ORDERED to file a joint status report on or before August 11, 2026, proposing new pretrial conference and trial dates.  The parties shall be prepared to proceed to trial in Fall 2026 if the matter does not resolve so as to preserve the timing of the pretrial and trial now vacated herein.

IT IS SO ORDERED.

Dated:    **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2