# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LOS SANTOS REYNAGA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:24-cv-01334-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 25)<br><br>**SEPTEMBER 11, 2026 DEADLINE** |

On August 4, 2025, the parties participated in a settlement conference where the case was settled. (ECF No. 25.) The Court gave the parties through August 11, 2026, to file a joint status report should the matter need to be placed back on calendar for trial. (ECF No. 22.) That date has passed, and the in light of the foregoing, the Court finds vacating dates and setting a deadline to file dispositional documents appropriate in this matter.

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. The parties shall file dispositional documents no later than **September 11, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **August 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge