# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE DE LOS SANTOS REYNAGA, et al.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:24-cv-01334-SAB

ORDER RE STIPULATION FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 27)

Before the Court is the parties' stipulation to briefly extend the time in which to file dispositional documents. (ECF No. 27.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the parties shall have through **October 9, 2026**, to file dispositional documents. Any further extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **September 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge